UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5011**

Case Title: **Brad Amos** vs. **The Lampo Group, LLC**

List all clients you represent in this appeal:

**Equal Employment Opportunity Commission**

☐ Appellant   ☐ Petitioner   ☑ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                 (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **James Driscoll-MacEachron**   Signature: s/ **James Driscoll-MacEachron**

Firm Name: **Equal Employment Opportunity Commission**

Business Address: **131 M St. N.E., 5th Floor**

City/State/Zip: **Washington, D.C. 20507**

Telephone Number (Area Code): **(602) 661-0014**

Email Address: **james.driscoll-maceachron@eeoc.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---