# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: June 3, 2024

## Notice

Ms. Leslie B. Goff Sanders  
611 Commerce Street, Suite 2603  
Nashville, TN 37203

Mr. Jonathan Allen Street  
Employment & Consumer Law Group  
1720 West End Avenue, Suite 402  
Nashville, TN 37203

Re: No. 24-5011  
*Brad Amos v. Lampo Group, LLC*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Wednesday, July 17, 2024**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Karen S. Fultz  
Calendar Deputy

cc: Mr. Daniel Caden Crowell  
    Mr. James P. Driscoll-MacEachron  
    Ms. Lauren Jacqueline Irwin  
    Mr. Stephen Craig Stovall