**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 09, 2024

Mr. Daniel Caden Crowell
Barton
611 Commerce Street
Suite 2911
Nashville, TN 37203

      Re:  Case No. 24-5011, *Brad Amos v. Lampo Group, LLC*
           Originating Case No.: 3:21-cv-00923

Dear Mr. Crowell,

  The Court issued the enclosed Order today in this case.

                                          Sincerely yours,

                                          s/Beverly L. Harris
                                          En Banc Coordinator
                                          Direct Dial No. 513-564-7077

cc:  Mr. James P. Driscoll-MacEachron
     Ms. Lauren Jacqueline Irwin
     Ms. Leslie B. Goff Sanders
     Mr. Stephen Craig Stovall
     Mr. Jonathan Allen Street

Enclosure