**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 17, 2024

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 24-5011, *Brad Amos v. Lampo Group, LLC*
Originating Case No. : 3:21-cv-00923

Dear Ms. Hill,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/A. Hahn
for Gretchen Abruzzo, Case Manager

cc: Mr. Daniel Caden Crowell
Mr. James P. Driscoll-MacEachron
Ms. Lauren Jacqueline Irwin
Ms. Leslie B. Goff Sanders
Mr. Stephen Craig Stovall
Mr. Jonathan Allen Street

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-5011

_____

Filed: September 17, 2024

BRAD AMOS

    Plaintiff - Appellant

v.

LAMPO GROUP, LLC, dba Ramsey Solutions

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 08/06/2024 the mandate for this case hereby issues today.

COSTS: None